UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ALEXANDRA HOBBS, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

          v.

MORGAN STANLEY & CO. LLC,

          Defendant.
------------------------------------- x

No.: 1:22-cv-6141

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), ALEXANDRA HOBBS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MORGAN STANLEY & CO. LLC, with prejudice and without fees and costs.

Dated: New York, New York
       September 23, 2022

          **GOTTLIEB & ASSOCIATES**

          <u>/s/Michael A. LaBollita, Esq.</u>

          Michael A. LaBollita, Esq., (ML-9985)
          150 East 18th Street, Suite PHR
          New York, NY 10003
          Phone: (212) 228-9795
          Fax: (212) 982-6284
          Michael@Gottlieb.legal

          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge